UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Division

FILED
IN CLERK'S OFFICE

2019 JAN -7 PM 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| **MICHAEL HOOTSTEIN** | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) C.A. NO.: 3:17-cv-30146-KAR |
| **AMHERST-PELHAM REGIONAL** | ) **JURY DEMAND** |
| **SCHOOL COMMITTEE** | ) |
| Defendant | ) |
| | ) |

## MOTION FOR EMERGENCY PRELIMINARY INJUNCTION

**Based on new case evidence provided herein,** the Pro Se Plaintiff **"whistle blower"**,

Michael Hootstein (custodial grandfather of an Amherst High School Senior and Principal

Hydrogeologist, Legacy Environmental Group), moves under Rule 65(a), Federal Rules of Civil

Procedure, for an emergency preliminary injunction against the Defendant Amherst-Pelham

Regional School Committee, to prevent foreseeable, imminent and irreparable lead-poisoning

injury to his Grandson, the Plaintiff, more than 2,500 other Amherst schoolchildren and their

parents. He respectfully asks for an Order compelling the Committee to provide all Amherst

students and their parents equal access to the same safe bottled water - not exceeding the U.S.

Food & Drug Administration 5 parts per billion lead limit - which the Committee provides to the

Superintendent and his "Central Office" administrators whose offices are located in Amherst

Regional Middle School.

For the reasons explained in his supporting memorandum, Mr. Hootstein respectfully

requests that the Court grant his Motion for Emergency Preliminary Injunction.

1

Respectfully submitted on January 4, 2019,

Michael B. Hootstein, Pro Se
PO Box 158
Shutesbury, MA 01072

2

## CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1

The plaintiff has attempted to confer with Defendant Amherst-Pelham Regional School Committee's Attorney David McCay, Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3926., and made a good faith attempt to narrow or resolve the issues discussed herein.

Respectfully Submitted by the Pro Se Plaintiff on January 4, 2019,

Michael B. Hootstein, Pro Se
PO Box 158
Shutesbury, MA 01072

## CERTIFICATE OF SERVICE

I hereby certify that the Pro Se Plaintiff in this case is not a registered CM/ECF user. Therefore, I have mailed the foregoing document by First-Class Mail, postage prepaid, on January 4, 2019, to Defendant Amherst-Pelham Regional School Committee, by and through their Attorneys, David McCay, Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3926.

Michael B. Hootstein, Pro Se
PO Box 158
Shutesbury, MA 01072

3