EXHIBIT A



```
FOR 2018 13                                                                          JOURNAL DETAIL 2018  1 TO 2018 13

ACCOUNTS FOR:                    ORIGINAL        TRANFRS/     REVISED                                         AVAILABLE       PCT
1000     GENERAL FUND             APPROP         ADJSTMTS     BUDGET     YTD EXPENDED    ENCUMBRANCES         BUDGET          USED

1000-00-351000-01-90-0-4-551300-                    PROF PUBL
                                  1,090              -281        809          707.05             .00            101.95       87.4%

2018/09/000047 03/20/2018 API    707.05 VND 000039 VCH    DAILY HAMPSHIRE GAZE ADS PLACED IN AMHERST BULLETIN    1008703
2018/10/000035 04/10/2018 API    275.11 VND 000039 VCH    DAILY HAMPSHIRE GAZE ADS PLACED IN AMHERST BULLETIN    1008866
2018/10/000054 04/17/2018 GCR   -353.52 REF 10-54                                  DAILY GAZETTE ADS
2018/11/000075 05/01/2018 GCR   -137.55 REF 11-75                                  DAILY GAZETTE ADS IN BULLETIN
2018/11/000079 05/22/2018 API    504.70 VND 000039 VCH    DAILY HAMPSHIRE GAZE ADS PLACED IN AMHERST BULLETIN    1009284
2018/12/000151 06/22/2018 GCR   -288.74 REF 12-151                                 AMHERST BULLETIN ADV

1000-00-351000-01-90-0-4-571000-                    TRAVEL ALL
                                      0               523        523          522.91             .00               .09      100.0%

2018/03/000079 09/26/2017 API    374.57 VND 008123 VCH    MORRIS, MICHAEL         9/14-17/17 TRAVEL               1007229
2018/04/000021 10/03/2017 API     56.52 VND 004639 VCH    BARBER-JUST,SARAH       9/14/17-9/17/17 TRAVEL          1007252
2018/04/000043 10/10/2017 API     22.00 VND 005662 VCH    LOPEZ,ALICIA            9/14/17-9/17/17 TRAVEL          1007403
2018/04/000092 10/23/2017 API     69.82 VND 009619 VCH    LEVY, BEN               REIMB FOR CONFERENCE EXPENSES   1007520

1000-00-351000-01-90-0-4-571001-                    TRAVEL ADM
                                  2,480            -2,480          0            .00              .00                .00        .0%

1000-00-351000-01-90-0-4-571002-                    TRAVEL SUP
                                    171               -17        154            .00              .00             154.00        .0%

1000-00-351000-01-90-0-4-578000-                    COMM
                                  2,060             1,294      3,354        3,186.79             .00             167.21      95.0%

2018/01/000016 07/12/2017 API    990.00 VND 009547 VCH    MYSTERY ROOM, LLC       8/14/17 TEAM BUILDING           1007246
2018/02/000008 08/01/2017 API      3.98 VND 003274 VCH    W B MASON INC           JUL 2017 COOLER RENTAL          1006842
2018/02/000008 08/01/2017 API    -12.00 VND 003274 VCH    W B MASON INC           BOTTLE DEPOSIT                  1006842
2018/02/000008 08/01/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 CENTRAL OFFICE WATER       1006842
2018/02/000008 08/01/2017 API     -6.00 VND 003274 VCH    W B MASON INC           WATER BOTTLE DEPOSIT            1006842
2018/02/000008 08/01/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 CENTRAL OFFICE WATER       1006842
2018/02/000008 08/01/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 CENTRAL OFFICE WATER       1006842
2018/02/000008 08/01/2017 API     -6.00 VND 003274 VCH    W B MASON INC           WATER BOTTLE DEPOSIT            1006842
2018/02/000032 08/11/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 SUMMIT ACADEMEY WATER      1006886
2018/02/000032 08/11/2017 API     -6.00 VND 003274 VCH    W B MASON INC           RETURN BOTTLE DEPOSIT           1006886
2018/02/000032 08/11/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 SUMMIT ACADEMEY WATER      1006886
2018/02/000032 08/11/2017 API      3.98 VND 003274 VCH    W B MASON INC           JUL 2017 RENTAL SUMMIT ACADEME  1006886
2018/02/000032 08/11/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 SUMMIT ACADEMEY WATER      1006886
2018/02/000032 08/11/2017 API    -16.38 VND 003274 VCH    W B MASON INC           FY18 SUMMIT ACADEMEY WATER      1006886
2018/02/000032 08/11/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 SUMMIT ACADEMEY WATER      1006886
2018/02/000032 08/11/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 SUMMIT ACADEMEY WATER      1006886
2018/02/000032 08/11/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 CENTRAL OFFICE WATER       1006886
2018/02/000043 08/15/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 SUMMIT ACADEMEY WATER      1006905
2018/02/000043 08/15/2017 API    -16.38 VND 003274 VCH    W B MASON INC           RE:I46644404                    1006905
2018/02/000043 08/15/2017 API     16.38 VND 003274 VCH    W B MASON INC           FY18 CENTRAL OFFICE WATER       1006905
```



```
08/17/2018 12:39      |REGION SCHOOL SYSTEM                                                        |P      157
manganos              |YEAR-TO-DATE BUDGET REPORT                                                  |glytdbud


   FOR 2018 13                                                             JOURNAL DETAIL 2018  1 TO 2018 13

 ACCOUNTS FOR:                    ORIGINAL       TRANFRS/      REVISED                                     AVAILABLE    PCT
 1000      GENERAL FUND             APPROP       ADJSTMTS       BUDGET      YTD EXPENDED    ENCUMBRANCES      BUDGET    USED


 51000D4 578000   COMM
   2018/02/000067 08/02/2017 GCR    -495.00 REF 02-67                                   TEAM BLDG EVENT DILT
   2018/03/000008 09/01/2017 API      11.75 VND 002603 VCH   AMAZON.COM                 IDEAS ARE FREE BOOK        1006942
   2018/03/000014 09/06/2017 API     161.44 VND 003333 VCH   BAUDVILLE                  TROPHYS/NAMEPLATES         1006986
   2018/03/000060 09/20/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007151
   2018/03/000060 09/20/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007151
   2018/03/000060 09/20/2017 API     -16.38 VND 003274 VCH   W B MASON INC              BOTTLE DEPOSIT             1007151
   2018/03/000060 09/20/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007151
   2018/04/000037 10/06/2017 API     -12.00 VND 003274 VCH   W B MASON INC              BOTTLE DEPOSIT             1007351
   2018/04/000037 10/06/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007351
   2018/04/000037 10/06/2017 API     -16.38 VND 003274 VCH   W B MASON INC              WATER RETURN               1007351
   2018/04/000037 10/06/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007351
   2018/04/000037 10/06/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007351
   2018/04/000037 10/06/2017 API     -12.00 VND 003274 VCH   W B MASON INC              BOTTLE DEPOSIT             1007351
   2018/04/000037 10/06/2017 API     -12.00 VND 003274 VCH   W B MASON INC              BOTTLE DEPOSIT             1007351
   2018/04/000037 10/06/2017 API     -12.00 VND 003274 VCH   W B MASON INC              BOTTLE DEPOSIT             1007351
   2018/04/000092 10/23/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007562
   2018/04/000092 10/23/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007562
   2018/04/000092 10/23/2017 API       4.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007562
   2018/04/000092 10/23/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007562
   2018/04/000092 10/23/2017 API      32.76 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007562
   2018/05/000009 11/03/2017 API      24.57 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007652
   2018/05/000009 11/03/2017 API      12.00 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007652
   2018/05/000009 11/03/2017 API      -6.00 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007652
   2018/05/000009 11/03/2017 API      -6.00 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007652
   2018/05/000009 11/03/2017 API     -12.00 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007652
   2018/05/000046 11/17/2017 API      32.76 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007748
   2018/05/000046 11/17/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007748
   2018/05/000046 11/17/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007748
   2018/05/000046 11/17/2017 API     -24.00 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007748
   2018/05/000046 11/17/2017 API      24.57 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007748
   2018/05/000046 11/17/2017 API      24.57 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007748
   2018/05/000058 11/28/2017 API     202.92 VND 001076 VCH   ATKINS FARM COUNTY M       11/15/17 DINNER FOR 16     1007754
   2018/06/000004 12/01/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007839
   2018/06/000004 12/01/2017 API      24.57 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007839
   2018/06/000004 12/01/2017 API      24.57 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007839
   2018/06/000004 12/01/2017 API     -18.00 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007839
   2018/06/000057 12/14/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007951
   2018/06/000057 12/14/2017 API     -16.38 VND 003274 VCH   W B MASON INC              BOTTLE RETURN              1007951
   2018/06/000057 12/14/2017 API     -16.38 VND 003274 VCH   W B MASON INC              BOTTLE RETURN              1007951
   2018/06/000057 12/14/2017 API      16.38 VND 003274 VCH   W B MASON INC              FY18 SUMMIT ACADEMEY WATER 1007951
   2018/06/000057 12/14/2017 API     -12.00 VND 003274 VCH   W B MASON INC              BOTTLE DEPOSIT             1007951
   2018/06/000057 12/14/2017 API      24.57 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007951
   2018/06/000057 12/14/2017 API      24.57 VND 003274 VCH   W B MASON INC              FY18 CENTRAL OFFICE WATER  1007951
   2018/06/000057 12/14/2017 API     -24.57 VND 003274 VCH   W B MASON INC              RETURN                     1007951
   2018/07/000017 01/12/2018 API      14.44 VND 002603 VCH   AMAZON.COM                 1-STAR SPINNER TROPHY      1008098
   2018/07/000017 01/12/2018 API      59.38 VND 002603 VCH   AMAZON.COM                 11-5" SPINNER TROPHIES     1008098
   2018/07/000017 01/12/2018 API      36.91 VND 002603 VCH   AMAZON.COM                 11-5" SPINNER TROPHIES     1008098
```


munis
a tyler erp solution

```
08/17/2018 12:39        |REGION SCHOOL SYSTEM                                                              |P      158
manganos                |YEAR-TO-DATE BUDGET REPORT                                                        |glytdbud


 FOR 2018 13                                                                      JOURNAL DETAIL 2018  1 TO 2018 13

ACCOUNTS FOR:                          ORIGINAL      TRANFRS/       REVISED                                    AVAILABLE    PCT
1000     GENERAL FUND                  APPROP        ADJSTMTS       BUDGET      YTD EXPENDED   ENCUMBRANCES    BUDGET       USED


51000D4 578000   COMM
 2018/07/000087  01/29/2018 GCR         -48.15 REF 07-87                                        AMAZON TROPHY REIMB
 2018/08/000070  02/27/2018 API         400.00 VND 009703 VCH    NEPR                  UNDERWRITING TO AIR ADVER. OF    1008560
 2018/08/000070  02/27/2018 API          16.38 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/08/000070  02/27/2018 API          -6.00 VND 003274 VCH    W B MASON INC         FY18 SUMMIT ACADEMEY WATER       1008583
 2018/09/000047  03/20/2018 API          55.37 VND 005231 VCH    PRIMO TOO             REFRESHMENTS FOR TRAINING 3/9/   1008726
 2018/09/000073  03/29/2018 API          79.95 VND 001076 VCH    ATKINS FARM COUNTY M  THANK YOU PACKAGE FOR PRINCETO   1008768
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API           6.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          18.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          24.57 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API          -6.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API           5.48 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -24.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -12.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
 2018/09/000073  03/29/2018 API         -24.00 VND 003274 VCH    W B MASON INC         FY18 CENTRAL OFFICE WATER        1008815
```



```
08/17/2018 12:39      |REGION SCHOOL SYSTEM                                                                              |P      159
manganos              |YEAR-TO-DATE BUDGET REPORT                                                                        |glytdbud


FOR 2018 13                                                                                      JOURNAL DETAIL 2018  1 TO 2018 13

ACCOUNTS FOR:                           ORIGINAL      TRANFRS/      REVISED                                      AVAILABLE      PCT
1000      GENERAL FUND                   APPROP       ADJSTMTS       BUDGET    YTD EXPENDED    ENCUMBRANCES        BUDGET      USED
_____

51000D4 578000    COMM
 2018/09/000073 03/29/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API             -6.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API             -8.19 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API            -12.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API            -18.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API            -24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/09/000073 03/29/2018 API             -6.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008815
 2018/10/000035 04/10/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008919
 2018/10/000035 04/10/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1008919
 2018/10/000035 04/10/2018 API             29.44 VND 002418 VCH    WESTMORELAND,DEBBIE    REIMB FOR KANEGASAKI GIFTS      1008921
 2018/11/000045 05/15/2018 API            563.81 VND 003333 VCH    BAUDVILLE              AWARDS FOR EMPLOYEE RECOGNITIO  1009145
 2018/11/000045 05/15/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API            -18.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API            -18.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API            -12.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API            -12.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API            -12.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000045 05/15/2018 API            -18.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009241
 2018/11/000079 05/22/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009323
 2018/11/000079 05/22/2018 API            -18.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009323
 2018/12/000052 06/18/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009520
 2018/12/000052 06/18/2018 API            -24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009520
 2018/12/000052 06/18/2018 API            -18.00 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009520
 2018/12/000052 06/18/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009520
 2018/12/000052 06/18/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009520
 2018/12/000052 06/18/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009520
 2018/12/000091 06/22/2018 API            506.85 VND 001076 VCH    ATKINS FARM COUNTY M   REFRESHMENTS FOR EMPLOYEE RECO  1009537
 2018/12/000151 06/22/2018 GCR           -169.14 REF 12-151                               BAUDVILLE EMPL RECOG 6/11/18
 2018/12/000158 06/27/2018 API            240.00 VND 009720 VCH    UNITERIAN SOCIETY      RENTAL SPACE FOR JUNE 11, 2018  1009781
 2018/12/000260 06/28/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009801
 2018/12/000260 06/28/2018 API             24.57 VND 003274 VCH    W B MASON INC          FY18 CENTRAL OFFICE WATER       1009801
 2018/12/000298 06/30/2018 GEN           -152.06 REF 12-298                               AMH REIMB ATKINS

1000-00-351000-01-90-0-4-587000-                    RPLC EQUIP
                                            0            0             0        8,354.39           .00        -8,354.39  100.0%*

 2018/04/000021 10/03/2017 API            683.07 VND 005490 VCH    NEOPOST NEW ENGLAND    7/17/17-9/30/17 POSTAGE METER   1007272
 2018/06/000063 12/20/2017 API            683.07 VND 005490 VCH    NEOPOST NEW ENGLAND    FY18 POSTAGE METER MAINT        1007987
 2018/06/000063 12/20/2017 API         11,044.35 VND 001368 VCH    RICOH AMERICAS CORP    MPC6004EX RICOH FOR SUPERINTEN  1007989
 2018/07/000056 01/19/2018 GCR         -5,522.17 REF 07-56                                REIMB RICOCH COPIER
```

EXHIBIT B

EXHIBIT B

## Lead In Amherst, MA School Drinking Water -
## Cost Effective Solutions Exist

November 28, 2018

Michael Hootstein, Hydrogeologist, Legacy Environmental Group
Glen Ayers, Registered Sanitarian and Certified Public Water Supply Operator
Dr. Marc Edwards, Flintwaterstudy

***It is important to reduce lead exposures as much as possible - particularly for young children, pregnant women, and infants - because "there is no safe level of lead exposure." (Emphasis added) - Massachusetts Department of Public Health***[1]

Comprehensive, state-directed testing[2] in 2016 for lead in Amherst school drinking water revealed very serious health concerns at Fort River, Wildwood and Crocker Farm Elementary Schools, Amherst Regional Middle and High Schools, and Southeast Campus School - water from many taps was found to be unfit for human consumption and poses an unnecessary health risk to children. This is especially troubling because lead adversely affects virtually every organ system and young children are especially susceptible to health harm.

In the least lead-contaminated Amherst schools (the High School and Crocker Farm Elementary), 31-35% of each school's drinking water tests exceeded the 5 parts per billion (ppb) U.S. Food & Drug Administration (FDA) lead limit for bottled water[3] and 9-13% exceeded the Environmental Protection Agency (EPA) 15 ppb lead action level for Public Water Supplies.  This outdated 15 ppb action standard[4] is 15 times higher than the 1 ppb maximum safe lead recommendation for children put forth by the American Academy of Pediatrics[5].  The highest level of lead (**460 ppb**) was found in the High School Health Room.

In Southeast Campus - **6 of 6** tests exceeded the 5 ppb FDA lead limit, and **4 of 6** exceeded the outdated EPA 15 ppb action level.  We commend the Superintendent for purchasing bottled water (less than 5 ppb lead) for Southeast Campus students during the 2017-2018 school year.

In Amherst Regional Middle School - **29 of 40** tests exceeded the 5 ppb FDA lead limit, and **21 of 40** exceeded the outdated 15 ppb action level.  Dangerous levels of lead were found in the Middle School Boys' Locker Room Bubbler - **250 ppb**, Family Center - **120 ppb**, Health Room - **60 ppb**, Girl's locker room bubbler - **83 ppb** and bubblers - **220, 110 and 100 ppb**.

In Wildwood Elementary School - **66 of 75** tests exceeded the 5 ppb FDA lead limit, and **40 of 75** exceeded the 15 ppb action level. Dangerous levels of lead were found in the ELL Room - **67**, Food Prep - **22, 23 and 18 ppb** and bubblers - **53, 50, 44 ppb**.

1

After obtaining these shocking results the Superintendent correctly noted the "Fort River, Wildwood and the Middle School were built within four years of one another (from 1969 - 1973) so it is likely that the same intervention work will be required at all three since their systems are similar. We wanted to identify the best repair method... so our maintenance staff began work first at Fort River."

The progress at Fort River revealed the difficulties and expense of piecemeal remediation. In the initial round of sampling **77 of 78** of the 2016 tests exceeded the 5 ppb FDA lead limit for bottled water and **63 of 78** exceeded the 15 ppb action level. Dangerous levels of lead were found in Room CR-1 - **210 ppb** and bubblers - **66, 60, 57 ppb!**

**After the Fort River maintenance staff repaired 20 of 63 bubblers, the retest on September 30, 2016 revealed 20 of 20** tests still exceeded the 5 ppb FDA lead limit and **16** exceeded the 15 ppb action level.

After still further repairs on the 16 taps still exceeding the action level, another retest on November 11, 2016 found **12 of 16** tests exceeded the 5 ppb FDA lead limit, and **6 of 16** still exceeded the 15 ppb action level.

After even more targeted repairs were undertaken on 50 more taps, testing on 1/12/2017 revealed that **23 of 50** tests exceeded the 5 ppb FDA lead limit, and **7 of 50 still** exceeded the outdated 15 ppb action level. There was still **650 ppb lead** in tap water of the school Health Room. In other words, despite all the effort and expense, the data still indicates that some of the school water at Fort River remained unfit for human consumption.

Despite these discouraging results, we should not accept defeat, because cost effective alternative strategies still exist. For a total cost of $8,000-10,000, 4-5 lead filtered hydration stations could be installed in each school, where students could fill water bottles and obtain lead free water with complete confidence. This sort of simple investment would not only provide parents with peace of mind. Reducing our children's lead exposure would also pay important possible future dividends in the form of increased IQ scores, improved lifetime earning expectancy, and reduced rates of incarceration and other social ills.

Amherst can extend its 2016 success in testing for and identifying its schools' water lead problems, and its hard-earned experiences with the difficulties of remediating taps, by implementing an affordable and effective "Get the Lead Out" solution that meets modern American Academy of Pediatrics standards.

Please contact School Superintendent Morris to ask that he take these (or similar) simple steps to better safeguard our children's school drinking water - because "*__there is no safe level of lead exposure__*."

1  MA DPH "lead-drinking-water-faq.pdf" available at
https://www.mass.gov/doc/lead-in-drinking-water-faqs-english-0/download

2  MA Executive Office of Energy & Environmental Affairs, Data Portal, "Search for Lead and Copper Drinking Water Results in Schools/Childcare" available at
https://eeaonline.eea.state.ma.us/portal#!/search/leadandcopper

3  US FDA "Bottled Water Everywhere: Keeping it Safe" available at
https://www.fda.gov/ForConsumers/ConsumerUpdates/ucm203620.htm

4  US Environmental Protection Agency "15 ppb Action Level" not a health-based standard, see page 36 of US Government Accountability Office report "Lead Testing of School Drinking Water Would Benefit From Improved Federal Guidance" available at
https://www.gao.gov/products/GAO-18-382

5  American Academy of Pediatrics, AAP Council on Environmental Health, "Prevention of Childhood Lead Toxicity" available at
http://pediatrics.aappublications.org/content/138/1/e20161493.full-text.pdf

# EXHIBIT C

Legacy Environmental Group
Michael Hootstein, Principal Hydrogeologist
PO Box 158
Shutesbury, MA 01072

---

May 20, 2018

Amherst-Pelham Regional School Committee:

| | | |
|---|---|---|
| Eric Nakajima, Chair | Peter Demling | Ron Mannino |
| Audra Goscenski | Anastasia Ordonez | Kerry Spitzer |
| Emily Marriott | Allison McDonald | Stephen Sullivan |

170 Chestnut Street
Amherst, MA 01002

Dear Amherst-Pelham Regional School Committee Members,

    I'm a hydrogeologist who discovered a long time ago that I have a passion for protecting drinking water and human health. So, upon discovering Amherst School drinking water is much more dangerously lead-poisoned than Flint drinking water, it should come as no surprise I sought out guidance from Marc Edwards, PhD., the nationally celebrated Virginia Tech water scientist who "blew the whistle" on the Flint water crisis. And, I **adopted Marc's guiding purpose as my own, that being to limit children's future lead in water exposure to the greatest extent possible!**

    I've been reaching out in good faith to this Committee for over 1 1/2 years now, and respectfully, I find your deafening silent response extremely troubling! Except for one "Water Update" slideshow presentation last year by UMass water scientist John Tobiason and his team, this Committee has shut down any and all public discourse, debate, deliberation or vote on any school policy addressing dangerous high levels of lead in Amherst school drinking water.

    The Amherst School lead-poisoning **scandal**, like the Superintendent hiring practices **scandal**, is sure to follow well-established patterns of malfeasance set by previous **scandals.** Whenever a concerned custodial grandparent, a single mother, a non-white female teacher, a non-white school committee member, a student, an electrician, anyone, dares to speak out against school bullying, discrimination or misconduct, the Superintendent and School Committee Attorney always establishes an emergency disinformation campaign to gain control of the Committee. False and misleading legal advice is disseminated to the Committee, and false legal threats are made against individual Committee members - **all for the corrupt purpose of usurping and obstructing the legal authority of the Committee, and preventing you**

from ever deliberating and voting on matters that call for the child-protective remediation of lead in school drinking water, or allege any Amherst School malfeasance, discrimination and/or civil rights violation.

Like Jake and Elwood Blues, I'm "on a mission from God" (without the car chases but with the awesome soundtrack) to get the lead out of Amherst School drinking water! **Evil (the senseless lead-poisoning of our children) happens when good people like you do nothing!** Please, it's not too late for this Committee to walk a more enlightened child/public health-protecting path.

I respectfully ask the School Committee to fairly and impartially deliberate on, and vote to accept or deny, my following "settlement proposal" that calls for remediation of dangerous levels of lead in Amherst school drinking water, so we can amicably resolve my civil rights complaint (attached) in the most just, fair, child-protective and cost-effective manner possible.

My settlement proposal has been inspired by, and has the full support of, Marc Edwards, PhD., the foremost national expert on the matter before us. Marc did a cursory analysis of our Amherst lead-testing data, and agreed with me that testing shows lead levels in Amherst school drinking water is so "alarmingly" high that it constitutes an imminent threat to our children's school safety.

Marc helped me design the best plan to limit lead in Amherst school drinking water to less than 1 part per billion (" 1 ppb ") of lead as recommended by the American Academy of Pediatrics and EPA to safeguard children from lead-poisoning. **This plan calls for 4-5 individually plumbed MA DEP-approved lead-filtered hydration stations (with real-time warning systems to inform when filters need changing) to be installed in each lead-contaminated school, at an estimated cost of $2,000 per unit and approximately $8,000 - $10,000 per school.**

I believe this proposed common-sense lead remediation plan also has the full support of Marc's friends and colleagues, UMass water scientists David Reckhow, Ph.D. and John Tobiason, Ph.D., an Amherst Board of Health member who is Superintendent Morris's most trusted water scientist advisor. Kenneth Pelletier, the Massachusetts DEP official who singlehandedly oversees the "Testing Assistance Program for Lead in School Drinking Water", has also graciously offered his full support and looks forward to working with the Amherst Regional Schools in designing and implementing a cost-effective plan to limit our children's, and our, dangerous exposure to high levels of lead in Amherst School drinking water.

**Please, our children are the true wealth of our nation - we can no longer turn a blind eye while we continue to poison them, and not suffer the cataclysmic consequences of our own consciousness-shocking deliberate indifference!"**

Respectfully submitted,
/s/ *Michael B. Hootstein*