UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL HOOTSTEIN,<br>    Plaintiff<br><br>v.<br><br>AMHERST-PELHAM REGIONAL SCHOOL COMMITTEE,<br>    Defendant | 3:17-CV-30146-MGM |

## NOTICE OF APPEARANCE OF CATHERINE G. CURLEY

Please enter my appearance as co-counsel for the Defendant, Amherst-Pelham Regional School Committee, in the above-captioned matter.

AMHERST-PELHAM REGIONAL
SCHOOL COMMITTEE

By its attorney,


 /s/ Catherine G. Curley
David K. McCay, Esq., BBO #646921
Catherine G. Curley, Esq., BBO #687568
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: (508) 791-8500
Fax:    (508) 983-6273

Dated: January 10, 2019

2

## CERTIFICATE OF SERVICE

      I, Catherine G. Curley, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2019.

                                              /s/ Catherine G. Curley
                                              Catherine G. Curley

Dated: January 10, 2019