UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL HOOTSTEIN, pro se<br>    Plaintiff<br><br>v.<br><br>AMHERST-PELHAM REGIONAL SCHOOL COMMITTEE,<br>    Defendant | CASE NO. 3:17-CV-30146-KAR |

## AFFDAVIT OF DR. MICHAEL MORRIS

I, Dr. Michael Morris, do depose and state under oath as follows:

1. I am the Superintendent of the Amherst-Pelham Regional School Committee ("Committee"). I have served the Committee in that capacity since 2016.

2. The Committee oversees the Amherst-Pelham Regional Middle School and the Regional High School, including the Summit Academy of the Regional High School. The Towns of Amherst and Pelham have separate School Committees that oversee their respective elementary schools, although I also serve as the Superintendent of the Amherst and Pelham elementary schools under Superintendency Union #26.

3. I am generally familiar with the Massachusetts Department of Environmental Protection ("MassDEP") Lead in School Drinking Water Assistance Program. The goal of the program is to assist Massachusetts public schools to voluntarily test for lead and copper in school drinking water. Recognizing the importance of this issue, the Committee chose to participate in this voluntary program, along with over 150 other communities in Massachusetts. Beginning in 2016 and continuing in 2017, the Committee embarked in a rigorous testing program evaluating the various fixtures and drinking water fountains in the Committee's schools.

4. Attached as <u>Exhibit 5</u> to the Committee's Opposition to Mr. Hootstein's Motion for Emergency Preliminary Injunction is a spreadsheet detailing the various fixtures, the dates of testing, and the action taken with respect to each fixture. As a result of this work, all of the drinking sources in all of our buildings now exceed the standards set by the U.S. Environmental Protection Agency ("EPA") and MassDEP for both lead and copper.

5. I am also aware that the Massachusetts lead regulation (105 CMR 460.050) requires that all children be tested for blood lead between the ages of 9 and 12 months, and again at ages 2 and 3. Additionally, all children should be tested at age 4 if they live in a high risk community in Massachusetts. Neither Amherst nor Pelham are among those communities considered high risk.

6. Over the five year period ending December 31, 2017, Amherst and Pelham had no cases of childhood lead poisoning while the state as a whole had 1,347 of confirmed blood levels indicating lead poisoning.

7. To the best of my knowledge, no student in Amherst or Pelham has tested positive for lead poisoning.

8. Attached as <u>Exhibit 1</u> to the Committee's Opposition is a true and accurate copy of the EPA's November 24, 2016 letter to Mr. Hootstein.

9. Attached as <u>Exhibit 2</u> to the Committee's Opposition is a true and accurate copy of Mr. Hootstein's letter of September 12, 2018 to the EPA's Office of the Inspector General.

10. Attached as <u>Exhibit 3</u> to the Committee's Opposition is a true and accurate copy of the Daily Hampshire Gazette's October 11, 2018 article, "EPA won't probe complaint over lead in water in Amherst schools."

3

11.     Attached as <u>Exhibit 4</u> to the Committee's Opposition is a true and accurate copy of MassDEP's Final Report on the Massachusetts Assistance Program for Lead in School Drinking Water.

12.     Attached as <u>Exhibit 6</u> to the Committee's Opposition is a true and accurate copy of the Daily Hampshire Gazette's January 26, 2017 article, "Testing for lead, copper continues as Amherst repairs school water pipes."

13.     Attached as <u>Exhibit 7</u> to the Committee's Opposition is a true and accurate copy of the EPA's November 5, 2018 email to Mr. Hootstein.

Signed under the pains and penalties of perjury this 16th day of January, 2019.

_____
Michael Morris
Superintendent of the Amherst-Pelham
Regional School Committee

## CERTIFICATE OF SERVICE

I, David K. McCay, Esq., hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 16, 2019.

/s/ David K. McCay
David K. McCay, Esq.